| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Keith** | **Phillip** | **Harenda** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**
American Advantage
Citibank Select
P.O. Box 9001037
Louisville, KY 40290-1037

What is the nature of the claim? **Personal guarantee of business obligation.** $ **$45,608.84**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)  $ _____
        Value of security:   - $ _____
        Unsecured claim       $ _____

Contact

Contact phone

**2**
American Airlines Advantage Aviator
P.O. Box 13337
Philadelphia, PA 19101-3337

What is the nature of the claim? **Credit card purchases** $ **$26,432.87**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)  $ _____
        Value of security:   - $ _____

Contact

B104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 1

Debtor 1    Keith Phillip Harenda      Case number *(if known)*

| | |
|---|---|
| Contact phone | Unsecured claim    $ |

---

**3**

**BMO Harris Bank**
770 North Water Street
Milwaukee, WI 53202

What is the nature of the claim?    **Ohio National Financial Services Policy and Northwestern Mutual Policy.**    $ **$1,743,218.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$2,000,000.00**
-        Value of security:    - $ **$256,782.00**
-        Unsecured claim    $ **$1,743,218.00**

Contact

Contact phone

---

**4**

**Cade Law Group**
Attn: Nathanial Cade
P.O. Box 170887
Milwaukee, WI 53217

What is the nature of the claim?    **Legal Services**    $ **$17,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
-        Value of security:    - $
-        Unsecured claim    $

Contact

Contact phone

---

**5**

**Chase**
Mileage Plus Explorer
P.O. Box 6294
Carol Stream, IL 60197-6294

What is the nature of the claim?    **Credit card purchases**    $ **$10,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
-        Value of security:    - $
-        Unsecured claim    $

Contact

Contact phone

---

**6**

**Chase, MileagePlus United Cardmember Services**

What is the nature of the claim?    **Personal guarantee of business obligation.**    $ **$17,756.15**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-20944-beh    Doc 3    Filed 02/06/19    Page 2 of 7

| Debtor 1 | Keith Phillip Harenda | | Case number (if known) | |
|---|---|---|---|---|

P.O. Box 6294
Carol Stream, IL 60197-3297

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
      Value of security:   - $ _____
      Unsecured claim   $ _____

Contact

Contact phone

---

**7**

**Chase, MileagePlus United Cardmember Services**
P.O. Box 6294
Carol Stream, IL 60197-3297

What is the nature of the claim?   **Personal guarantee of business obligation.**   $ **$53,679.55**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
      Value of security:   - $ _____
      Unsecured claim   $ _____

Contact

Contact phone

---

**8**

**Frontier Airlines Business Card Services**
P.O. Box 23066
Columbus, GA 31902-3066

What is the nature of the claim?   **Personal guarantee of business obligation.**   $ **$16,452.01**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
      Value of security:   - $ _____
      Unsecured claim   $ _____

Contact

Contact phone

---

**9**

**General Mitchel Int'l Airport**
P.O. Box 7897
Milwaukee, WI 53278

What is the nature of the claim?   **Personal guarantee of KPH Construction Corp. guarantee.**   $ **$29,861.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-20944-beh    Doc 3    Filed 02/06/19    Page 3 of 7

Debtor 1    **Keith Phillip Harenda**      Case number *(if known)*

| | |
|---|---|
| Contact | ☐ No |
| Contact phone | ☐ Yes. Total claim (secured and unsecured)   $ <br> Value of security:   - $ <br> Unsecured claim   $ |

---

**10**

**Guru of Luxury**
**6000 Indian Creek Dirve**
**Suite 1801-A**
**Miami Beach, FL 33140**

What is the nature of the claim?    **Potential liability for KPH Construction, Corp. obligation.**    $ **$153,482.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
      Value of security:   - $
      Unsecured claim   $

Contact
Contact phone

---

**11**

**Halling & Cayo, SC**
**320 East Buffalo Street**
**Suite 700**
**Milwaukee, WI 53202**

What is the nature of the claim?    **Legal Fees.**    $ **$21,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
      Value of security:   - $
      Unsecured claim   $

Contact
Contact phone

---

**12**

**Hinshaw & Culbertson LLP**
**333 South Sevent Street**
**Suite 2000**
**Minneapolis, MN 55402**

What is the nature of the claim?    **Legal Fees.**    $ **$233,966.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
      Value of security:   - $
      Unsecured claim   $

Contact
Contact phone

---

**13**

**Internal Revenue Service**

What is the nature of the claim?    **2017 personal federal taxes.**    $ **$14,079.33**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-20944-beh    Doc 3    Filed 02/06/19    Page 4 of 7

Debtor 1   **Keith Phillip Harenda**                           Case number *(if known)*

c/o Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:                           - $ _____
  Unsecured claim                                $ _____

Contact

Contact phone

---

**14**

**John Suchorski**
W232 S5265 Amy Court
Waukesha, WI 53189

What is the nature of the claim?    **Personal Loan.**    $385,000.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:                           - $ _____
  Unsecured claim                                $ _____

Contact

Contact phone

---

**15**

**Liberty Mutual**
Attn: Bankruptcy Dept.
P.O. Box 2839
New York, NY 10116-2839

What is the nature of the claim?    **UCC filing against personal guarantee; Checking Account with BMO Harris; the Interests in KPH Construction, Corp., KPH Environmental Corp., KPH Northl**    $ $1,032,434.61

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ $2,013,331.61
  Value of security:                           - $ $980,897.00
  Unsecured claim                                $ $1,032,434.61

Contact

Contact phone

---

**16**

**Marriott Rewards Visa Business**
P.O. Box 6294
Carol Stream, IL 60197-6294

What is the nature of the claim?    **Personal guarantee of business obligation.**    $ $5,432.53

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-20944-beh    Doc 3    Filed 02/06/19    Page 5 of 7

| Debtor 1 | Keith Phillip Harenda | | Case number *(if known)* | |

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:  - $ _____
    Unsecured claim  $ _____

Contact
Contact phone

---

**17**

O'Neil Cannon Hollman DeJong
& Laing SC
111 East Wisconsin Avenue
Suite 1400
Milwaukee, WI 53202

What is the nature of the claim?  **Personal guarantee of KPH Construction, Corp. expenses.**  $ **$248,718.03**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:  - $ _____
    Unsecured claim  $ _____

Contact
Contact phone

---

**18**

U.S. Bancorp
Attn: Bankruptcy Dept.
P.O. Box 5229
Cincinnati, OH 45201

What is the nature of the claim?  **Personal Guarantee.**  $ **$450,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:  - $ _____
    Unsecured claim  $ _____

Contact
Contact phone

---

**19**

Western National Insurance
Edina Corporate Center
4700 West 77th Street
Edina, MN 55435-4818

What is the nature of the claim?  **Insurance Premiums.**  $ **$62,275.73**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:  - $ _____
    Unsecured claim  $ _____

Contact
Contact phone

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 19-20944-beh    Doc 3    Filed 02/06/19    Page 6 of 7

| 20 | | | |
|---|---|---|---|
| | **Wisconsin Dept. of Revenue**<br>**Attn: Bankruptcy Notice**<br>**P.O. Box 8901**<br>**Madison, WI 53708-8901** | What is the nature of the claim? | 2017 personal state taxes.  $ $5,655.00 |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact

Contact phone

### Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X *(signed)*  
**Keith Phillip Harenda**  
Signature of Debtor 1

Date  2/4/19

X _____  
Signature of Debtor 2

Date _____

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 19-20944-beh   Doc 3   Filed 02/06/19   Page 7 of 7