UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the matters of:

| | |
|---|---|
| KPH Construction, Corp., | Case No. 19-20939 |
| KPH Environmental, Corp., | Case No. 19-20940 |
| KPH Construction Services, LLC, | Case No. 19-20942 |
| Triple H Holdings, LLC, and | Case No. 19-20945 |
| Keith P. Harenda, | Case No. 19-20944 |
| | Chapter 11 Proceedings |
| | (Motion for Joint Administration Pending) |

Debtors.

**ORDER GRANTING DEBTORS' MOTION FOR JOINT ADMINISTRATION**

This matter came before the Court on the above-captioned Debtors' motions for entry of an order pursuant to Fed. R. Bankr. P. 1015(b) for joint administration of the Debtors' cases (the "Motion").

Jerome R. Kerkman
Evan P. Schmit
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com

Rebecca DeMarb
DeMarb Brophy LLC
East Washington Avenue & Capitol Square
P.O. Box 631
Madison, WI 53701
Phone: 608.310.5500
Facsimile: 608.310.5525
Email: rdemarb@demarb-brophy.com

Having reviewed the Motion; the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that notice of the Motion was sufficient under the circumstances and that no other or further notice need be given; and upon the record herein; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The above-captioned chapter 11 cases shall be jointly administered by the Court for procedural purposes only.

3. Joint administration shall apply to each of the Debtors' presently filed chapter 11 cases and pleadings, and such pleadings shall bear the following joint administration caption: In the matters of

        KPH Construction, Corp., et al.,[1]    Case No. 19-xxxxx-xxx
                                                                         Chapter 11 Proceedings
                                                                         (Jointly Administered)

With the footnote to list the other Debtors in the order of filing with their respective case numbers, such as "KPH Environmental, Corp., Case No. 19-xxxxx, KPH Construction Services, LLC, Case No. 19-xxxxxx, Triple H. Holdings, LLC, Case No. 19-xxxxx and Keith Harenda, Case No. 19-xxxxx."

4. All pleadings and papers filed in these cases shall be captioned as in the preceding paragraph and filed in the lead case of KPH Construction, Corp. (the "Lead Case") only, except that proofs of claim shall be filed in the individual case to which they apply.

5. The Clerk is directed to make a docket entry in each of the jointly administered cases which reads substantially as follows:

*An order has been entered in this case consolidating the cases of KPH Construction, Corp., KPH Environmental, Corp., Case No. xx-xxxxx, KPH Construction Services, LLC, Case No. xx-xxxxxx, Triple H Holdings, LLC, Case No. xx-xxxxx and Keith Harenda, Case No. xx-xxxx for procedural purposes, and providing for its joint administration under the docket for KPH Construction, Corp., Case No. 19-xxxxx, in accordance with the terms of the order.*

6. A separate claims register shall be maintained for each case. A creditor filing a proof of claim against any Debtor shall file the proof of claim in the particular Debtor's bankruptcy case. All other pleadings shall be filed in the Lead Case, and the Lead Case docket should be consulted for all future matters affecting these cases.

7. This Order shall be docketed in each of the Debtors' cases informing creditors of the joint administration of the chapter 11 cases.

# # # # #

3

Case 19-20944-beh    Doc 5    Filed 02/06/19    Page 3 of 3