# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

_____

In the matters of:

| | |
|---|---|
| KPH CONSTRUCTION, CORP., | Case No. 19-20939 |
| KPH ENVIRONMENTAL, CORP., | Case No. 19-20940 |
| KPH CONSTRUCTION SERVICES, LLC, | Case No. 19-20942 |
| TRIPLE H HOLDINGS, LLC, and | Case No. 19-20945 |
| KEITH P. HARENDA, | Case No. 19-20944 |
| | Chapter 11 Proceedings |

   Debtors.

_____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
_____

  PLEASE TAKE NOTICE that Creditor, Liberty Mutual Insurance Company, hereby appears in the above-captioned case by its counsel, Steven W. Jelenchick, Esq. and Michael S. Polsky, Esq. of Beck, Chaet, Bamberger & Polsky, S.C. and hereby requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), that copies of all notices and pleadings in the case be served upon:

  Steven W. Jelenchick, Esq.
  Michael S. Polsky, Esq.
  Beck, Chaet, Bamberger & Polsky, S.C.
  Two Plaza East, Suite 1085
  330 E. Kilbourn Avenue
  Milwaukee, WI  53202
  Phone: 414-273-4200
  Facsimile: 414-273-7786
  Email:  sjelenchick@bcblaw.net
  Email: mpolsky@bcblaw.net

  Pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or

request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

Dated this 12th day of February, 2019.

BECK, CHAET, BAMBERGER & POLSKY, S.C.

*/s/ Steven W. Jelenchick*
Steven W. Jelenchick, Esq.
Michael S. Polsky, Esq.
Beck, Chaet, Bamberger & Polsky, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202
Phone: 414-273-4200
Fax: 414-273-7786
Email: sjelenchick@bcblaw.net
Email: mpolsky@bcblaw.net

*Attorneys for Creditor, Liberty Mutual Insurance Company*