Fill in this information to identify your case:

Debtor 1: Keith Phillip Harenda
 First Name / Middle Name / Last Name

Debtor 2: ___
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known): 19-20944

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **BMO Harris Bank**<br>Creditor's Name<br><br>770 North Water Street<br>Milwaukee, WI 53202<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>■ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred ___ | Describe the property that secures the claim:<br>Ohio National Financial Services Policy and Northwestern Mutual Policy.<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset) Personal guarantee of line of credit for KPH Construction Corp.<br><br>Last 4 digits of account number ___ | $2,000,000.00 | $256,782.00 | $1,743,218.00 |
| **2.2** **Liberty Mutual**<br>Creditor's Name<br><br>Attn: Bankruptcy Dept.<br>P.O. Box 2839<br>New York, NY 10116-2839<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one. | Describe the property that secures the claim:<br>UCC filing against personal guarantee; Checking Account with BMO Harris; the Interests in KPH Construction, Corp., KPH Environmental Corp., KPH Northland LLC, Triple H Holdings and KH Properties; KPH Construction Back Pay and Reimbursement.<br><br>As of the date you file, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Nature of lien. Check all that apply. | $2,013,331.61 | $980,897.00 | $1,032,434.61 |

Official Form 106D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1 __Keith Phillip Harenda__   Case number (if known) __19-20944__

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  __Indemnification of Surety Bond.__

Date debt was incurred _____   Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here: **$4,013,331.61**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$4,013,331.61**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Atty. David Cisar**
**von Briesen & Roper, S.C.**
**411 East Wisconsin Avenue**
**Suite 1000**
**Milwaukee, WI 53202**

On which line in Part 1 did you enter the creditor? __2.1__
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Atty. Steve Jelenchick**
**Beck, Chaet, Bamberger & Polsky, S.C.**
**330 East Kilbourn Avenue**
**Tower 2, Suite 1085**
**Milwaukee, WI 53202-3170**

On which line in Part 1 did you enter the creditor? __2.2__
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**BMO Harris Bank**
**Attn: Bankruptcy Dept.**
**111 West Monroe Street**
**Chicago, IL 60603**

On which line in Part 1 did you enter the creditor? __2.1__
Last 4 digits of account number ___