Fill in this information to identify your case:

Debtor 1: Keith Phillip Harenda
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse if, filing)  First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number: 19-20944
(if known)

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* Your codebtor<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Bruce A. Witt<br>2375 South Krahn Road<br>New Berlin, WI 53151 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Liberty Mutual** |
| 3.2 | BW Contracting Services, Inc.<br>2375 South Krahn Road<br>New Berlin, WI 53151 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Liberty Mutual** |
| 3.3 | Carol J. Witt<br>2375 South Krahn Road<br>New Berlin, WI 53151 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Liberty Mutual** |

Debtor 1 Keith Phillip Harenda　　　　　Case number (if known) 19-20944

**Additional Page to List More Codebtors**

*Column 1:* Your codebtor　　　　　　　*Column 2:* The creditor to whom you owe the debt
　　　　　　　　　　　　　　　　　　　Check all schedules that apply:

| | | |
|---|---|---|
| 3.4 | KBH Holdings LLC<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**BMO Harris Bank** |
| 3.5 | KPH Construction Corp.<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**BMO Harris Bank** |
| 3.6 | KPH Construction Corp.<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ■ Schedule D, line __2.2__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Liberty Mutual** |
| 3.7 | KPH Construction Corp.<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G ____<br>**American Advantage** |
| 3.8 | KPH Construction Corp.<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G ____<br>**Chase, MileagePlus United** |
| 3.9 | KPH Construction Corp.<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G ____<br>**Marriott Rewards** |
| 3.10 | KPH Construction Services<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Liberty Mutual** |
| 3.11 | KPH Environmental Corp.<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**BMO Harris Bank** |

☐ **Additional Page to List More Codebtors**

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.12 | KPH Environmental Corp.<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ■ Schedule D, line __2.2__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Liberty Mutual** |
| 3.13 | KPH Environmental Corp.<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G ____<br>**Chase, MileagePlus United** |
| 3.14 | KPH Environmental Corp.<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G ____<br>**Frontier Airlines** |
| 3.15 | Melvin Reasby<br>967 Fredonia Avenue<br>Unit 7<br>Fredonia, WI 53021 | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____ |
| 3.16 | Michael J. Frantz<br>1143 Woodhill Drive<br>Northbrook, IL 60062 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G ____<br>**U.S. Bancorp** |
| 3.17 | Michael J. Frantz<br>1143 Woodhill Drive<br>Northbrook, IL 60062 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G ____<br>**Guru of Luxury** |
| 3.18 | Triple H Holdings<br>1237 West Bruce Street<br>Milwaukee, WI 53204 | ■ Schedule D, line __2.2__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Liberty Mutual** |