So Ordered.

Dated: September 29, 2020



Beth E. Hanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

**In the matters of:**

**KPH Construction, Corp., et al.,**[1]

Debtors.

**Case No. 19-20939-beh**
**Chapter 11 Proceedings**
**(Jointly Administered)**

## FINAL DECREE

On September 8, 2020, the Debtors filed a final report and motion for a final decree, and gave due notice of the motion. Objections to the motion were due by September 28, 2020. No objections were filed. Based upon the record and the filings in these cases, the Court finds that (i) the Debtors' estates have been fully administered, and (ii) First Amended Joint Plan of Reorganization, as modified, which was confirmed by the Court on May 18, 2020 (Dkt. No. 446), has been substantially consummated as defined by § 1101(2) of the Bankruptcy Code.

**IT IS THEREFORE ORDERED** that the chapter 11 cases of the Debtors are closed effective as of September 29, 2020.

# # # # #

---

[1] Jointly administered with *KPH Environmental Corp.* (Case No. 19-20940-beh), *KPH Construction Services, LLC* (Case No. 19-20942-beh), *Triple H Holdings, LLC* (Case No. 19-20945-beh), and *Keith P. Harenda* (Case No. 19-20944-beh).